**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JAMES M. PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-3448-CV-S-JCE |
| | ) | |
| AMERICAN DETECTION | ) | |
| SPECIALISTS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court are four motions (docs. 4, 5, 6, and 16) which Plaintiff pro se James

Porter has captioned as ex parte, including "Plaintiff's Re-Stated Ex Parte Motion for Leave to

Propound and Submit Preliminary Interrogatories to Defendant J. Michael Bridges" (doc. 16).

An ex parte motion is heard without notice to, or argument from, the adverse party. The Court

has reviewed these motions and finds they are not properly ex parte motions, and that they

should not be captioned or docketed as ex parte motions.

Accordingly, the Court will docket and rule on them as if Plaintiff had not requested they

be heard ex parte. Furthermore, absent specific instruction from the Court, the Clerk of the

Court should not docket as ex parte any subsequent motion filed by Plaintiff that is merely

captioned " ex parte."

**IT IS SO ORDERED.**

Date:   February 18, 2011          /s/ Greg Kays
                                                        GREG KAYS, JUDGE
                                                        UNITED STATES DISTRICT COURT